

# Case Assignment
## Standard Civil Assignment

Case number **3:22CV-272-RGJ**

Assigned : Judge Rebecca Grady Jennings
Judge Code : A961

Assigned on 5/19/2022 4:35:19 PM
Transaction ID: 68210

[ Request New Judge ]    [ Return ]